**HEFFNER FUNERAL CHAPEL & CREMATORY, INC., Ernie Heffner, Licensed Funeral Director and Scureman Funeral Home, Inc., Appellants**

v.

**DEPARTMENT OF STATE, BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS, and State Board of Funeral Directors, Appellees.**

Supreme Court of Pennsylvania.

May 26, 2004.

## ORDER

PER CURIAM:

AND NOW, this 26th day, of May 2004, the Order of the Commonwealth Court is hereby **AFFIRMED**.